United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-80075 |
| **FAXON ENTERPRISES, INC. D/B/A** | § | |
| **HENDERSON FABRICATION,** | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 11** |

## ORDER DENYING APPLICATION TO EMPLOY

This matter is before the Court on the Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of McGinnis Lochridge LLP as Co-Counsel, Effective as of March 24, 2024 (ECF No. 95) filed by the debtor. The applicant has failed to self-calendar this matter for hearing as required by this Court's procedures.[1] In addition, the applicant has failed to include in the motion the notice required by Bankruptcy Local Rule 9013-1(b). The application contains a certificate of service indicating parties were served through the Court's CM/ECF filing system, but no name or address is listed. Bankruptcy Local Rule 9003-1 requires service on the U.S. Trustee. Lastly, the movant failed to sign the proposed order as required by Federal Rule of Civil Procedure 11(a).[2] As such, the motion is procedurally deficient.

**THEREFORE, IT IS ORDERED** that the Application of the Debtor for Entry of an Order Authorizing the Employment and Retention of McGinnis Lochridge LLP as Co-Counsel to Employ is denied without prejudice.

SIGNED 04/24/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

[2] "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number."